WESTERN DISTRICT OF MICHIGAN
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILFREDO MARTINEZ, and
JOSE EVANGELISTA, and
SCIPIO REID, and
LAWRENCE SHEPARD,
individually and behalf of others
similarly situated,

    Plaintiffs,

vs.

FSA LOGISTIX, INC.
A Foreign Profit Corporation,

    Defendant.

Hon. Janet T. Neff
Case No. 1:17-cv-321

_____/

| AVANTI LAW GROUP, PLLC | SCOPELITIS GARVIN LIGHT |
|---|---|
| Robert Anthony Alvarez (P66954) | HANSON & FEARY |
| Kristin Sage (P81173) | Andrew J. Butcher (6325396) |
| Attorneys for Plaintiff | Charles Andrewscavage (6319013) |
| 600 28th St. SW | 30 W. Monroe Street, Suite 600 |
| Wyoming, MI 49509 | Chicago, IL 60603 |
| (616) 257-6807 | (312) 255-7200 |
| ralvarez@avantilaw.com | abutcher@scopelitis.com |
|  | candrewscavage@scopelitis.com |
|  |  |
|  | Andrew Brehm (1091306) |
|  | 330 East Kilbourn Ave., Suite 827 |
|  | Milwaukee, WI 53202 |
|  | (414) 219 8500 |
|  | abrehm@scopelitis.com |
|  | Attorneys for Defendant |

_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter having come before the Court on the Joint Motion of the Parties to Approve Settlement, the Court having reviewed the settlement agreement and determined it to be fair and reasonable, and the Court being otherwise duly advised in the premises:

**IT IS HEREBY ORDERED** that the settlement be and is approved;

**IT IS FURTHER ORDERED** that this case be and is hereby dismissed in its entirety with prejudice, without attorneys' fees and costs except as provided in the settlement agreement.

**IT IS SO ORDERED**:

Dated: January 26 , 2018         /s/ Janet T. Neff
                                 UNITED STATES DISTRICT COURT JUDGE